MARYLYN PILEGGI, ETC.

v.

CHERRY HILL CENTER, INC., ETC.

May 12, 1986.

Cross-petition for certification denied.

DENNIS MASSIMO v. BRIGITTE BAUMANN MASSIMO.

May 12, 1986.

Petition for certification denied.

IN THE MATTER OF THE PETITION OF ELIZABETHTOWN
WATER COMPANY FOR AN INCREASE IN RATES, ETC.
(ELIZABETHTOWN WATER COMPANY-PETITIONER).

May 12, 1986.

Petition for certification granted. (See 205 *N.J.Super.* 528)

IN THE MATTER OF THE PETITION OF ELIZABETHTOWN
WATER COMPANY FOR AN INCREASE IN RATES, ETC.
(ATTORNEY GENERAL-PETITIONER).

May 12, 1986.

Petition for certification granted. (See 205 *N.J.Super.* 528)